IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATE of IOWA *ex rel.* SUSAN THAYER *et al*,<br>Plaintiff,<br><br>vs.<br><br>PLANNED PARENTHOOD OF THE HEARTLAND, INC. (f/k/a PLANNED PARENTHOOD OF GREATER IOWA, INC.),<br>Defendant. | * * * * * * * * * | Civil No 4:11-CV-129<br><br>ORDER RE:<br>ELECTION BY<br>THE STATE OF IOWA<br>TO<br>DECLINE INTERVENTION |

## ORDER

The State of Iowa having declined intervention in the above-captioned action pursuant to Iowa Code § 685.3(2)(d)(2), the Court hereby rules as follows:

IT IS ORDERED that,

1. The Complaint is unsealed and shall be served upon the Defendant, Planned Parenthood of the Heartland, Inc.;

2. The seal is lifted in this action as to this Order and the Notice of the State of Iowa's Election to Decline Intervention, which the Relator will serve upon the Defendant with the Complaint;

3. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

4. All other contents of the Court's file in this action shall remain under seal and shall not

be made public or served upon any defendant or other party or person;

5. The parties shall serve all pleadings, notices, motions, orders and other papers hereafter filed or lodged in this action, including supporting memoranda any notice of appeal, upon the State of Iowa, as provided for in Iowa Code § 685.3(3)(c). The State of Iowa may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6. Should the realtor or any defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the State of Iowa with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED this 6 day of July 2012.

_____
UNITED STATES DISTRICT JUDGE