UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF IOWA, ex rel SUSAN THAYER<br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD OF THE HEARTLAND, INC. (f/k/a PLANNED PARENTHOOD OF GREATER IOWA, INC.),<br><br>Defendant | No. 4:11-cv-00129-JAJ-CFB<br><br>**JOINT AGENDA FOR STATUS CONFERENCE SCHEDULED ON OCTOBER 17, 2016** |

COMES NOW the Qui Tam Plaintiff/Relator Susan Thayer and Defendant Planned Parenthood of the Heartland, Inc., by and through their undersigned counsel and, pursuant to the Court's Text Order of September 22, 2016 [Dkt. No. 104], hereby submit the following proposed Joint Agenda for the telephonic status conference scheduled for October 17, 2016:

1. Update on the Parties' Initial Disclosures;

2. Potential for Successive Summary Judgment Motions;

3. Timing for Submission of Proposed Scheduling Order and Discovery Plan; and

4. Timing for Defendant's responses or objections to Plaintiffs' Request For Production of Documents to Planned Parenthood electronically served on 10/11/16.

ATTORNEYS FOR PLAINTIFF
SUSAN THAYER

LEAD COUNSEL:

 /s/ J. Russell Hixson
J. RUSSELL HIXSON
HIXSON & BROWN, P.C.
160 S. 68TH Street, Suite 1108
West Des Moines, IA 50266
Tel.:  515-222-2620
Fax:  515-440-6395
rhixson@hixsonbrown.com


ATTORNEYS FOR DEFENDANT
PLANNED PARENTHOOD OF THE
HEARTLAND


 /s/ Tiffany Amlot

Alan S. Gilbert, *pro hac vice*
Tiffany L. Amlot, *pro hac vice* (Lead Counsel)
Kristen C. Rodriguez, *pro hac vice*
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: 312-876-6133
Facsimile: 312-876-7934
alan.gilbert@dentons.com
tiffany.amlot@dentons.com
kristen.rodriguez@dentons.com

Stanley J. Thompson
Jonathan C. Wilson
DAVIS BROWN KOEHN SHORS & ROBERTS PC
215 10th Street, Suite 1300
Des Moines, IA 50309
Telephone: 515-288-2500
Facsimile: 515-243-0654
stanthompson@davisbrownlaw.com
jonathanwilson@davisbrownlaw.com

## **CERTIFICATE OF SERVICE**

    I, Tiffany Amlot, an attorney, hereby certify that on October 11, 2016, I electronically filed the **JOINT AGENDA FOR STATUS CONFERENCE SCHEDULED FOR OCTOBER 17, 2016** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                          /s/Tiffany Amlot