# EXHIBIT A

# SWEENEY COURT REPORTING SERVICES
## Certified Shorthand Reporters
**505 5th Ave, Suite 320 Insurance Exchange Bldg.**
**Des Moines, Iowa 50309**
**Phone: (515)244-6373 | Fax: (515)288-1638**
**www.SweeneyReport.com**

Rodriguez, Kristen C.
Attorney at Law
233 South Wacker Drive
Suite 5900
Chicago, IL 60606

| | |
|---|---|
| **INVOICE NO. :** | 1030343 |
| **INVOICE DATE:** | 3/26/2018 |
| **REPORTER:** | Brittney Sposeto |
| **ID#** | 48-0925767 |

United States of America, et al. vs.
Planned Parenthood of The Heartland, INC
#4:11-cv-00129-JAJ-CFB

| Date | Description | Amount |
|---|---|---|
| 3/07/2018 | Deposition of Sue Haskell, D.O. | |
| | 220 copy pgs | 473.00 |
| | 220 Rough Draft pgs | 275.00 |
| | 220 Realtime pgs | 440.00 |
| | Sub Total | 1,188.00 |
| | Paid | 0.00 |
| | Balance Due | 1,188.00 |

**Please include a copy of this invoice with payment or invoice number on your check.**
**Now accepting Visa, MasterCard, and Discover. Please Call (515)244-6373**
**Tax ID 42-1414704**

**Exhibit A**

# EXHIBIT B



# Invoice

| Date | Invoice # |
|------|-----------|
| 4/12/2018 | 5216 |

2383 SE 13th Street
West Des Moines, IA 50265

| Bill To |
|---------|
| Dentons US, LLP
Kristen Rodriguez
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606 |

| Ship To |
|---------|
| Dentons US, LLP
Kristen Rodriguez
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606 |

| Job Number | Terms | Due Date |
|------------|-------|----------|
| 184976 | Net 30 | 5/12/2018 |

| Description | Quantity | Price Each | Amount |
|-------------|----------|------------|--------|
| Supply Synced DVD of the 30(b)(6) deposition of Dan Larson taken 2/20/18, RE: USA ex rel. Susan Thayer vs. Planned Parenthood, No. 4:11-cv-00129 (1 hour length) | 1 | 50.00 | 50.00T |
| Supply Synced DVD of the 30(b)(6) deposition of Jennifer Warren-Ulrick taken 2/21/18, RE: above case (5.25 hours length) | 5.25 | 50.00 | 262.50T |
| Supply Synced DVD of the deposition of Marjorie Easter taken 2/28/18, RE: above case (1.25 hours length) | 1.25 | 50.00 | 62.50T |
| Supply Synced DVD of the deposition of Dr. Sue Haskell taken 3/7/18, RE: above case (4.25 hours length) | 4.25 | 50.00 | 212.50T |
| Shipping and handling
Out-of-state sale, exempt from sales tax | 1 | 10.00
0.00% | 10.00
0.00 |

Tax ID #42-1235283
Thank you for your business!

**Total** $597.50

Phone: 5152789800
amy@fidelityvideo.com
www.fidelityvideo.com

**Exhibit B**

# EXHIBIT C

# SWEENEY COURT REPORTING SERVICES
## Certified Shorthand Reporters
### 505 5th Ave, Suite 320 Insurance Exchange Bldg.
### Des Moines, Iowa 50309
### Phone: (515)244-6373 | Fax: (515)288-1638
### www.SweeneyReport.com

Lu, Tony K.
Attorney at Law
101 Federal Street
Suite 2750
Boston, MA 02110

**INVOICE NO. :** 1030301
**INVOICE DATE:** 3/22/2018

**REPORTER:**
Brittney Sposeto

**ID#** 48-0925767

United States of America, et al. vs.
Planned Parenthood of The Heartland, INC
#4:11-cv-00129-JAJ-CFB

| Date | Description | Amount |
|------|-------------|--------|
| 2/28/2018 | Deposition of Marjorie Easter | |
| | 70 copy pgs | 150.50 |
| | 70 Rough Draft pgs | 87.50 |
| | 70 Realtime pgs | 140.00 |
| | Sub Total | 378.00 |
| | Paid | 0.00 |
| | Balance Due | 378.00 |

**Please include a copy of this invoice with payment or invoice number on your check.**
**Now accepting Visa, MasterCard, and Discover. Please Call (515)244-6373**
**Tax ID 42-1414704**

**Exhibit C**

# EXHIBIT D

**SWEENEY COURT REPORTING SERVICES**
**Certified Shorthand Reporters**
**505 5th Ave, Suite 320 Insurance Exchange Bldg.**
**Des Moines, Iowa 50309**
**Phone: (515)244-6373 | Fax: (515)288-1638**
**www.SweeneyReport.com**

Rodriguez, Kristen C.
Attorney at Law
233 South Wacker Drive
Suite 5900
Chicago, IL 60606

| | |
|---|---|
| INVOICE NO. : | 1030263 |
| INVOICE DATE: | 3/16/2018 |
| REPORTER: | Brittney Sposeto |
| ID# | 48-0925767 |

United States of America, et al. vs.
Planned Parenthood of The Heartland, INC
#4:11-cv-00129-JAJ-CFB

| Date | Description | Amount |
|---|---|---|
| 2/21/2018 | Depo of Jennifer Warren-Ulrick | |
| | 275 copy pgs | 591.25 |
| | 275 Rough Draft pgs | 343.75 |
| | 275 Realtime pgs | 550.00 |
| | Sub Total | 1,485.00 |
| | Paid | 0.00 |
| | Balance Due | 1,485.00 |

**Please include a copy of this invoice with payment or invoice number on your check.**
**Now accepting Visa, MasterCard, and Discover. Please Call (515)244-6373**
**Tax ID 42-1414704**

**Exhibit D**

# EXHIBIT E

# SWEENEY COURT REPORTING SERVICES
## Certified Shorthand Reporters
### 505 5th Ave, Suite 320 Insurance Exchange Bldg.
### Des Moines, Iowa 50309
### Phone: (515)244-6373 | Fax: (515)288-1638
### www.SweeneyReport.com

Rodriguez, Kristen C.
Attorney at Law
233 South Wacker Drive
Suite 5900
Chicago, IL 60606

**INVOICE NO. :** 1030221
**INVOICE DATE:** 3/12/2018
**REPORTER:**
Brittney Sposeto

**ID#** 48-0925767

United States of America, et al. vs.
Planned Parenthood of The Heartland, INC
#4:11-cv-00129-JAJ-CFB

| Date | Description | Amount |
|------|-------------|--------|
| 2/20/2018 | Deposition of Dan Larson | |
| | 50 copy pgs | 107.50 |
| | Sub Total | 107.50 |
| | Paid | 0.00 |
| | Balance Due | 107.50 |

**Please include a copy of this invoice with payment or invoice number on your check.**
**Now accepting Visa, MasterCard, and Discover. Please Call (515)244-6373**
**Tax ID 42-1414704**

**Exhibit E**

# EXHIBIT F

Rec'd
3-16-2018

## Julie M. Kluber

Certified Shorthand Reporter
3515 Lochwood Drive NE
Cedar Rapids, IA 52402-3372
319.286.1717
julie.kluber@gmail.com

ID No. 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

March 9, 2018

# I N V O I C E

---

TO:     Tòny K. Lu              RE:  USA ex rel., Thayer v.
        Attorney at Law              Planned Parenthood
        101 Federal Street      NO. 4:11-cv-00129-JAJ-CFB
        Suite 2750
        Boston, MA  02110-1873

---

        Video Deposition of Paula Laube
          Rough draft and final transcript
            of deposition              $ 360.25

        (Transcript delivered electronically)

        Please Return One Copy with Remittance

                    *THANK YOU*



**Exhibit F**

# EXHIBIT G

**Exhibit G**

# EXHIBIT H

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** Kristen C Rodriguez Esq.<br>Dentons US LLP<br>233 S Wacker Dr<br>Ste 5900<br>Chicago, IL, 60606 | | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NY3256058<br>2/27/2018<br>$4,224.33 |

| | | |
|---|---|---|
| **Case:** | United States Of America And State Of Iowa  v. Planned Parenthood Of The Heartland, Inc. | **Claim #:**    N/A |
| **Job #:** | 2782009 | Job Date: 2/8/2018 | Delivery: Normal | |
| **Billing Atty:** | Kristen C Rodriguez Esq. | |
| **Location:** | Davis Brown Koehn Shors & Roberts | |
| | 215 10th St | Ste 1300 | Des Moines, IA 50309 | |
| **Sched Atty:** | Kristen C Rodriguez Esq. | Dentons US LLP | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Susan Thayer | Original with 1 Certified Transcript | Page | 360.00 | $4.50 | $1,620.00 |
| | Attendance Fee-Hrly | Hour | 8.00 | $75.00 | $600.00 |
| | Exhibits - Color | Per Page | 1.00 | $0.95 | $0.95 |
| | Exhibits | Per Page | 253.00 | $0.40 | $101.20 |
| | Realtime Services | Page | 360.00 | $2.25 | $810.00 |
| | Rough Draft | Page | 360.00 | $2.25 | $810.00 |
| | Litigation Package | 1 | 1.00 | $75.00 | $75.00 |
| | Equipment Rental | 1 | 1.00 | $0.00 | $0.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 254.00 | $0.35 | $88.90 |
| | Shipping & Handling | Package | 1.00 | $118.28 | $118.28 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | | $4,224.33 |
| | **Payment:** | | $0.00 |
| | **Credit:** | | $0.00 |
| | **Interest:** | | $0.00 |
| | **Balance Due:** | | $4,224.33 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 51 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to**
**www.veritext.com**

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | **NY3256058** |
| **Job #:** | **2782009** |
| **Invoice Date:** | **2/27/2018** |
| **Balance:** | **$4,224.33** |

24716

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Exhibit H**

# EXHIBIT I

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Kristen C Rodriguez Esq. | **Invoice #:** NY3261087 |
| Dentons US LLP | **Invoice Date:** 3/1/2018 |
| 233 S Wacker Dr | **Balance Due:** $2,947.47 |
| Ste 5900 | |
| Chicago, IL, 60606 | |

| | | |
|---|---|---|
| **Case:** | United States Of America And State Of Iowa  v. Planned Parenthood Of The Heartland, Inc. | **Claim #:** N/A |
| **Job #:** | 2782009 | Job Date: 2/8/2018 | Delivery: Normal | |
| **Billing Atty:** | Kristen C Rodriguez Esq. | |
| **Location:** | Davis Brown Koehn Shors & Roberts | |
| | 215 10th St | Ste 1300 | Des Moines, IA 50309 | |
| **Sched Atty:** | Kristen C Rodriguez Esq. | Dentons US LLP | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Video - Initial Fee | 1 | 1.00 | $350.00 | $350.00 |
| | Video - Additional Hours | Hour | 8.00 | $140.00 | $1,120.00 |
| | Video Exhibits- Linked (LEF, PTZ, XMEF, SBF) | | 1.00 | $100.00 | $100.00 |
| Susan Thayer | Video - Media and Cloud Services | Per disk | 4.00 | $42.00 | $168.00 |
| | Video – Digitizing & Transcript Synchronization | Hour | 6.50 | $175.00 | $1,137.50 |
| | Shipping & Handling - Video Media | Package | 1.00 | $71.97 | $71.97 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,947.47 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,947.47 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 49 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | |
|---|---|---|
| **To pay online, go to** | Please remit payment to: | **Invoice #:** NY3261087 |
| **www.veritext.com** | **Veritext** | **Job #:** 2782009 |
| | **P.O. Box 71303** | **Invoice Date:** 3/1/2018 |
| 24716 | **Chicago IL 60694-1303** | **Balance:** $2,947.47 |
| Veritext accepts all major credit cards | | |
| (American Express, Mastercard, Visa, Discover) | | |

**Exhibit I**

# EXHIBIT J

*Rec'd 4-16-2018*

*Duplicate*



**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

**Bill To:**  Tony  Lu Esq,
Dentons US LLP
101 Federal St, Suite 2750
Boston, MA, 02110

| | |
|---:|---:|
| **Invoice #:** | NY3295016 |
| **Invoice Date:** | 4/3/2018 |
| **Balance Due:** | $3,081.25 |

| | | | |
|---|---|---|---|
| **Case:** | United States Of America And State Of Iowa  v. Planned Parenthood Of The Heartland, Inc. | **Claim #:** | 4:11-cv-00129-JAJ-CFB |
| **Job #:** | 2801915 | Job Date: 3/8/2018 | Delivery: Normal | | |
| **Billing Atty:** | Tony  Lu Esq, | | |
| **Location:** | Madison County Court House | | |
| | 112 North John Wayne Drive | 3rd Floor Conference Room | Winterset, IA 50273 | | |
| **Sched Atty:** | Tony  Lu Esq, | Dentons US LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 341.00 | $4.50 | $1,534.50 |
| | Attendance Fee-Hrly | Hour | 6.50 | $75.00 | $487.50 |
| | Exhibits | Per Page | 220.00 | $0.40 | $88.00 |
| | Realtime Services | Page | 341.00 | $2.25 | $767.25 |
| Pam K. Estes | Litigation Package | 1 | 1.00 | $75.00 | $75.00 |
| | Equipment Rental | 1 | 1.00 | $0.00 | $0.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 220.00 | $0.35 | $77.00 |
| | Shipping & Handling | Package | 1.00 | | $52.00 |

| Notes: | | **Invoice Total:** | $3,081.25 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $3,081.25 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

24716     Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---:|---:|
| **Invoice #:** | NY3295016 |
| **Job #:** | 2801915 |
| **Invoice Date:** | 4/3/2018 |
| **Balance:** | $3,081.25 |

**Exhibit J**

# EXHIBIT K

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Kristen C Rodriguez Esq.<br>Dentons US LLP<br>233 S Wacker Dr<br>Ste 5900<br>Chicago, IL, 60606 | **Invoice #:** NY3306959<br>**Invoice Date:** 4/11/2018<br>**Balance Due:** $2,464.57 |

| | |
|---|---|
| **Case:** | United States Of America And State Of Iowa  v. Planned Parenthood Of The Heartland, Inc. |
| **Job #:** | 2801915 \| Job Date: 3/8/2018 \| Delivery: Normal |
| **Billing Atty:** | Kristen C Rodriguez Esq. |
| **Location:** | Madison County Court House |
| | 112 North John Wayne Drive \| 3rd Floor Conference Room \| Winterset, IA 50273 |
| **Sched Atty:** | Tony  Lu Esq, \| Dentons US LLP |

**Claim #:**   4:11-cv-00129-JAJ-CFB

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Video - Initial Fee | 1 | 1.00 | $350.00 | $350.00 |
| | Video - Additional Hours | Hour | 6.00 | $140.00 | $840.00 |
| | Video Exhibits- Linked (LEF, PTZ, XMEF, SBF) | | 1.00 | $102.00 | $102.00 |
| Pam K. Estes | Video - Media and Cloud Services | Per disk | 4.00 | $42.00 | $168.00 |
| | Video -- Digitizing & Transcript Synchronization | Hour | 5.50 | $175.00 | $962.50 |
| | Shipping & Handling - Video Media | Package | 1.00 | $42.07 | $42.07 |

| | | |
|---|---|---|
| **Notes:** | **Invoice** | $2 7 |
| | **Payment:** | 0 |
| | **Credit:** | 0 |
| | | 00 |
| | **Balance** | $2 .57 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection co including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | NY3306959 |
| **Job #:** | 2801915 |
| **Invoice Date:** | 4/11/2018 |
| **Balance:** | $2,464.57 |

24716

**Exhibit K**

# EXHIBIT L

**Petersen Court Reporters, Inc.**
P.O. Box 71484
Clive, IA  50325
(515) 243-6596

Dentons US, LLP                                          INVOICE NO:    15883
233 S. Wacker Drive                                      INVOICE DATE: 05/10/2018
Suite 5900                                               REPORTER:     Theresa Kenkel
Chicago IL 60606


KRISTEN C. RODRIGUEZ, ESQ.                  Tax ID#    92-0182921

*Thayer v. Planned Parenthood*
*Civil No. 4:11-cv-00129*
*Hearing Before Judge Bremer 1/18/18*


| Date | Description | Units | Rate | |
|------|-------------|-------|------|---|
| 05/10/2018 | Original - 14 Day Hearing 1/18/18 | 41.00 | 4.25 | |

|  |  |  | Sub Total: | 174.25 |
|--|--|--|------------|--------|
|  |  |  | Paid: | 0.00 |
|  |  |  | Balance Due: | 174.25 |

TERMS:  NET 30
TO AVOID A FINANCE CHARGE NEXT MONTH, PAY BALANCE DUE WITHIN 60 DAYS

**Exhibit L**

# EXHIBIT M

# Linda Faurote–Egbers

**Certified Shorthand Reporter**
**131 East Fourth Street**
**Davenport, IA 52801**
**563.884.7737**

3/28/2018          837

Kristen C. Rodriguez
Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL  60606

Transcript of Proceedings:
In the United States District Court
For the Southern District of Iowa
Central Division
Civil No. 4:11-cv-129
United States of America and
The State of Iowa, ex rel
Susan Thayer
vs.
Planned Parenthood of the Heartland, Inc.,
(f/k/a Planned Parenthood of Greater
Iowa, Inc.)

Telephonic Hearing held 3-15-18, 45 pages x .90                              40.50

Original filed electronically with the Court

Thank you!
Fed ID No.                                                                           $40.50
42-1278243

**Exhibit M**

# EXHIBIT N

I N V O I C E


May 4, 2018


TO:  Kristen Rodriguez, Esq.
     Dentons US
     233 S. Wacker Drive, Suite 5900
     Chicago, Illinois  60606


RE:  Thayer v. Planned Parenthood
     Case No. 4:11-cv-00129
     Transcript of Status Conference
     before Judge Bremer on 5/3/18


22 expedited pages at $5.45 per page. . . . . . . . . $119.90
(3-day delivery)



Balance Due . . . . . . . . . . . . . . . . . . . . . $119.90




Due upon receipt
1.5% interest per month after 15 days



Please remit to:  Terri L. Martin
                  Room 197, U.S. Courthouse
                  123 East Walnut Street
                  Des Moines, IA 50309-2039
                  515.284.6444


Thank you for your business.

**Exhibit N**

# EXHIBIT O

*P.O. Box 65623*
*West Des Moines, Iowa 50265*

*P:  515.224.1166*
*F:  515.327.0785*

*www.JohnsonReportingServices.com*

# Johnson Reporting Services    Certified Shorthand Reporters

Kristen C. Rodriguez, Esq.                    Invoice Date:        07/12/2018
Dentons US, LLP
223 South Wacker Drive
Suite 5900
Chicago, IL 60606-6361                        Invoice Number:      D-24571

Federal ID No. 42-1311968

| DATE TAKEN | REFERENCE | CHARGES |
|---|---|---|
| | *USA v. Planned Parenthood of the Heartland, Inc.* | |
| 06/28/2018 | Transcript of Proceedings | |
| | 42 pages @ $3.75 per page | $157.50 |
| | TOTAL DUE          - | $157.50 |

*Thank You*

**Exhibit O**

# EXHIBIT P

# BRITTON & ASSOCIATES LLC

1239 NE Milan Ave.
Ankeny, Iowa 50021
1-515-229-3318

August 23, 2019

Alliance Defending Freedom
℅ Russ Hixon, Esquire
160 S. 68th Street, Suite 1108
West Des Moines, Iowa 50266

Re: PPH Iowa Project Consulting
For services provided as follows;

- 8/16/19 Deposition                                    6.0hrs
    $1200

## TOTAL DUE $1200

Balance due within thirty days or a 5% late fee is charged
Tax ID # 42-1480575

**Exhibit P**

# EXHIBIT Q

**Copycat Photocopy Centers**
3011 Forest Ave.
Des Moines, Iowa 50311
515 288 6843

*Nicole 9/10/19*

# Invoice

**Invoice #:** 109439
**Invoice Date:** 8/27/2019

| Bill To |
| --- |
| Hixson & Brown |
| 160 S. 68th St Suite 1108 |
| West Des Moines, Iowa 50266 |

| Originator | Client | PO # | Billing Reference | Terms |
| --- | --- | --- | --- | --- |
| Carla Hopkins | Thayer | | | Due Upon receipt |

| Item | Description | Qty | Rate | Amount |
| --- | --- | --- | --- | --- |
| Copying (8.5X... | BW Copies | 301 | 0.12 | 36.12T |
| Color Copies | Color Copies | 571 | 0.79 | 451.09T |
| Color Copies | Color Copies - legal size | 99 | 0.82 | 81.18T |
| Slip Sheets | Separator sheets between folders | 12 | 0.15 | 1.80T |
| Stapling | Stapling | 80 | 0.05 | 4.00T |
| Hand Copying | Hand Copies | 47 | 0.35 | 16.45T |
| Intervention | Intervention - removing/replacing staples, clips, sticky notes, etc | 120 | 0.25 | 30.00T |

*Credit Card*

Federal ID: 42-1304181
DBA dhg Productions, inc.

Delivery charge may apply to orders under $20

Rec'd By _____

| | |
| --- | --- |
| **Subtotal** | $620.64 |
| **Sales Ta...** | $43.44 |
| **Total** | **$664.08** |

Interest rate of 24% Annually will be charged after 30 days and a $15.00/month late and rebilling fee will be added

**Exhibit Q**

# EXHIBIT R

| Prod. Date | Task Name | Prod. Volume Info. | # of Documents | # of Pages | Begin Bates | End Bates | Size (MB) |
|---|---|---|---|---|---|---|---|
| 1/23/2017 | Planned Parenthood - Production #1 | PPH_PROD00001 | 1,067 | 3,400 | PPH 00557 | PPH 03956 | 535.4 |
| 2/23/2017 | Planned Parenthood - Production #2 | PPH_PROD002 | 1,095 | 1,534 | PPH 03958 | PPH 05491 | 281.9 |
| 3/6/2017 | Planned Parenthood - Production #3 | PPH_PROD003 | 984 | 2,013 | PPH05492 | PPH 07504 | 368.4 |
| 3/17/2017 | Planned Parenthood - Production #4 | PPH_PROD004 | 502 | 970 | PPH07505 | PPH08474 | 187.2 |
| 4/3/2017 | Planned Parenthood - Production #5 | PPH_PROD005 | 1,138 | 1,476 | PPH 08475 | PPH 09950 | 261.4 |
| 4/11/2017 | Planned Parenthood - Production #6 | PPH_PROD006 | 184 | 1,000 | PPH09951 | PPH10950 | 222.6 |
| 6/12/2017 | Planned Parenthood - Production #7 | PPH_PROD007 | 3 | 4 | PPH10953 | PPH10956 | .4 |
| 6/16/2017 | Planned Parenthood - Production #8 | PPH_PROD008 | 93 | 275 | PPH10957 | PPH11231 | 62.8 |
| 6/23/2017 | Planned Parenthood - Spreadsheet Production | | 2 | 2 | PPH11225 | PPH11226 | 30.0 |
| 7/5/2017 | Planned Parenthood - Production #9 | PPH_PROD00009 | 61 | 287 | PPH 11227 | PPH 11513 | 26.0 |
| 7/5/2017 | Planned Parenthood - Production #10 | PPH_PROD00010 | 85 | 542 | PPH 11514 | PPH 12055 | 70.4 |
| 8/4/2017 | Planned Parenthood - Production #11 | PPH_PROD011 | 31 | 63 | PPH 12056 | PPH 12118 | 12.6 |
| 9/29/2017 | Planned Parenthood - Production #12 | PPH_PROD012 | 39 | 71 | PPH12124 | PPH12194 | 56 |
| 10/6/2017 | Planned Parenthood - Production #13 | | 1 | 47 | PPH12195 | PPH12241 | 61.2 |
| 10/10/2017 | Planned Parenthood - Production #14 | PPH_PROD013 | 15 | 46 | PPH 12224 | PPH 12269 | 31.8 |
| 10/31/2017 | Planned Parenthood - Production #15 | PPH_PROD014 | 28 | 61 | PPH 12288 | PPH 12348 | 40.3 |
| 11/3/2017 | Planned Parenthood - Production #16 | | 1 | 1 | PPH 12349 | PPH 12349 | 2.64 |
| 11/20/2017 | Planned Parenthood - Production #17 | PPH_PROD015 | 362 | 624 | PPH 12350 | PPH 12973 | 537.01 |
| 12/1/2017 | Planned Parenthood - Production #18 | N\A | 1 | 38 | PPH 12974 | PPH 13011 | 22.5 |
| 12/1/2017 | Planned Parenthood - Production #19 | PPH_PROD016 | 232 | 331 | PH 13011 | PPH 13342 | 187.9 |

**Exhibit R**

| 1/11/2018 | Planned Parenthood - Production #20 | PPH_PROD017 | 3 | 173 | PPH13343 | PPH13515 | No charge |
| 1/26/2018 | Planned Parenthood - Production #21 | PPH_PROD018 | 4 | 8 | PPH 13516 | PPH 13523 | 49.0 |
| 2/19/2018 | Planned Parenthood - Production #22 | | 4 | 12 | PPH 13524 | PPH 13535 | 5.5 |
| 3/6/2018 | Planned Parenthood - Production #23 | PPH13536 - PPH 13540 | 3 | 5 | PPH13536 | PPH 13540 | 4.4 |
| 5/8/2018 | Planned Parenthood - Production #24 | PPH_PROD024 | 9 | 284 | PPH 13544 | PPH 13827 | 72.8 |
| 8/20/2018 | Planned Parenthood - Production #25 | PPH_PROD025 | 36 | 36 | PPH 13828 | PPH 13863 | 18.3 |
| 3/12/2019 | Planned Parenthood - Production #26 | PPH_PROD026 | 10 | 12 | PPH 02135 | PPH 03929 | 1.03 |
| | Other Productions | Various | -- | -- | -- | -- | 201.05 |
| | | | | | | **TOTAL (MB)** | 3350.53 |
| | | | | | | **TOTAL (GB)** | 3.35053 |

**Exhibit R**